# UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MARGARET ESKEW** | **CIVIL ACTION NO. 2:22-CV-03309-EEF-JVM** |
| **VERSUS** | |
| **STATE FARM FIRE & CASUALTY COMPANY** | **JUDGE ELDON FALLON** |
| | **MAGISTRATE JUDGE JANIS VAN MEERVELD** |

## MOTION FOR RELEASE OF FUNDS

NOW INTO COURT, through undersigned counsel, comes plaintiff, Margaret Eskew, who moves this court to instruct that the proceeds of the settlement in the instant case not include the law firm McClenny, Moseley, & Associates as a payee, for the following reasons:

On December 1, 2023, the parties agreed to terms for a full and final settlement of all claims in this matter. To date, the law firm McClenny, Moseley & Associates has not made any claim or attempted to enforce any lien for attorneys' fees against Plaintiff's recovery in this case, and has not filed any such notice or petition for intervention in the record of the Court.

Accordingly, Plaintiff seeks an Order from this Honorable Court, instructing that, if within fourteen (14) days of the entry of said Order, McClenny, Moseley & Associates has not made any claim or attempt to enforce any lien for attorneys' fees against Plaintiff's recovery in this case, the proceeds check for the settlement in the instant case shall not include the law firm McClenny, Moseley & Associates as a payee.

[SIGNATURE BLOCK ON FOLLOWING PAGE]

                    RESPECTFULLY SUBMITTED:

                    MORRIS BART, LLC
                    601 POYDRAS STREET, 24TH FLOOR
                    NEW ORLEANS, LA  70130
                    TELEPHONE:  (504) 525-8000
                    FACSIMILE:  (800) 878-8937

BY:    */ S/ RACHAEL FAJONI*
        RACHAEL FAJONI NO. LA 38210
        RFAJONI@MORRISBART.COM
        ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing document using the Court's CM/ECF system, which will deliver a true and accurate copy of the same to all counsel of record this 5th day of December 2023.

                    */s/ Rachael Fajoni*
                    RACHAEL FAJONI

Case 2:23-cv-03309-EEF-JVM    Document 10    Filed 12/05/23    Page 3 of 3