UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MARGARET ESKEW** <br><br> **VERSUS** <br><br> **STATE FARM FIRE & CASUALTY COMPANY** | **CIVIL ACTION NO.** <br> **2:23-CV-03309-EEF-JVM** <br><br> **JUDGE ELDON FALLON** <br><br> **MAGISTRATE JUDGE JANIS VAN MEERVELD** |

## MOTION FOR RELEASE OF FUNDS

Before the Court is Plaintiff Margaret Eskew's "Motion for Release of Funds." In the motion, Plaintiff represents that on December 1, 2023, "the parties agreed to terms for a full and final settlement of all claims in this matter." Plaintiff seeks an order from this Court instructing that the proceeds o the settlement in the instant case exclude McClenny, Moseley & Associates

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that, if within fourteen (14) days of the entry of this Order, McClenny, Moseley & Associates has not made any claim or attempt to enforce any lien for attorneys' fees against Plaintiff's recovery in this case, the proceeds check for the settlement in the instant case shall not include the law firm McClenny, Moseley & Associates as a payee.

New Orleans, Louisiana, this 6th day of December, 2023.

_____
United States District Judge